**John Dwight ABRAM, Petitioner–Appellant,**

v.

**Joyce K. CONLEY, Dr., Warden, Respondent–Appellee.**

No. 01–7654.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 14, 2002.

Decided Feb. 22, 2002.

John Dwight Abram, Appellant Pro Se.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

PER CURIAM.

John Dwight Abram appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Abram v. Conley,* No. CA–01–317–5 (S.D.W.Va. July 26, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*